UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════════

COUNSEL FINANCIAL SERVICES, LLC,

                    Plaintiff,
                                                                    ORDER
         v.                                                         08-CV-156A

MELKERSEN LAW, P.C.
MICHAEL J. MELKERSEN, ESQ.,


                    Defendants.

═══════════════════════════════════════


         The above-referenced case was referred to Magistrate Judge H. Kenneth

Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 27, 2009,

Magistrate Judge Schroeder filed a Report and Recommendation, recommending that

plaintiff's motion for summary judgment be granted.

         The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

         ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's

motion for summary judgment is granted.

         The Clerk of Court shall take all steps necessary to close the case.
         SO ORDERED.

                                        s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT
DATED: February 23, 2009